TIMOTHY J. POMARZYNSKI, Respondent, v PARK SCHOOL, Also Known as PARK SCHOOL OF BUFFALO, Defendant and Third-Party Plaintiff. NORTHEAST MECHANICAL, INC., Third-Party Defendant-Appellant. [718 NYS2d 685] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly granted plaintiff's motion for partial summary judgment on liability under Labor Law § 240 (1). Plaintiff demonstrated a violation of defendant's nondelegable duty to ensure that the ladder was "so constructed, placed and operated as to give proper protection" to plaintiff (Labor Law § 240 [1]) and that the statutory violation was a proximate cause of plaintiff's injuries (*see, Melber v 6333 Main St.,* 91 NY2d 759, 762; *Felker v Corning Inc.,* 90 NY2d 219, 224; *Zimmer v Chemung County Performing Arts,* 65 NY2d 513, 524, *rearg denied* 65 NY2d 1054). Third-party defendant failed to submit any evidence in opposition to the motion and thus failed to raise a triable question of fact on the issue of proximate cause (*see, Adderly v ADF Constr. Corp.,* 273 AD2d 795; *see also, Griffin v MWF Dev. Corp.,* 273 AD2d 907; *cf., Weininger v Hagedorn & Co.,* 91 NY2d 958, 960, *rearg denied* 92 NY2d 875). (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Summary Judgment.) Present—Wisner, J. P., Hurlbutt, Scudder and Kehoe, JJ.